UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re

COSTARIDES, WILLIAM P

  Debtor.                                                                           Case No.:     10-03915

---

*NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING*

THE COURT WILL CONSIDER THIS MOTION, OBJECTION OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY INTEREST FILES A WRITTEN OBJECTION WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS PAPER. IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR *WRITTEN* OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET, MOBILE, AL 36602, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, DENISE I. LITTLETON, ATTORNEY AT LAW, 4321 A MIDMOST DRIVE, MOBILE, AL 36609.

IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. *IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER, AND WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.*

---

## TRUSTEE'S OBJECTION TO
## DEBTOR'S CLAIM OF EXEMPTIONS

Comes now DENISE LITTLETON, duly appointed and qualified Trustee in the above styled cause, and objects to Debtor's claim of exemptions and as grounds says the fair market value of the Debtor's personal property is greater than the value set forth on the Debtor's schedules B & C. Trustee further prays for an Order limiting Debtor's claim of exemptions to the amount allowable under Alabama law.

WHEREFORE, after notice and hearing, Trustee prays for an Order sustaining her objection determining the actual fair market value of the Debtor's personal property, and limiting

the Debtor's exemptions to the amount allowable under Alabama law. Trustee requests such other and further relief as the Court may deem proper and just.

Dated: ___September 28, 2010_____

                                                /s/ Denise I. Littleton
                                                DENISE LITTLETON, Trustee
                                                4321-A MIDMOST DRIVE
                                                MOBILE, AL 36609
                                                (251) 304-0070

## CERTIFICATE OF SERVICE

      I certify that on this __28th__ day of __September_____, 2010, I have served a copy of the foregoing objection to exemption upon the following persons either electronically or by U.S. Mail, first class postage prepaid, at the following addresses:

William P. Costarides
177 Rochester Place
Mobile, AL 36608

Robert M. Galloway, Esq.
PO Box 16629
Mobile, AL 36616

                                                /s/ Denise I. Littleton
                                                DENISE I. LITTLETON, Trustee