IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>Costarides, William P.,<br><br>　　　　Debtor(s) | CASE NO: 10-03915-WSS<br><br>CHAPTER: 7 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## FILED BY BAC HOME LOANS SERVICING, L.P. AS SERVICER FOR THE BANK OF NEW YOURK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CH 1 MORTGAGE PASS-THROUGH TRUST 2007-HYB 1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HYBY

Comes now BAC HOME LOANS SERVICING, L.P. AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CH 1 MORTGAGE PASS-THROUGH TRUST 2007-HYB 1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HYBY, its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and moves this Honorable Court to lift the automatic stay in the above-referenced Debtors' Chapter 7 bankruptcy and in support thereof, the Creditor avers as follows:

1. This Honorable Court has jurisdiction to hear these matters and enter final orders pursuant to 28 U.S.C. §§ 157 and 1334; and 11 U.S.C. § 362. The Motion for Relief from Automatic Stay constitutes a core proceeding and is a contested matter pursuant to Fed. R. Bankr. P. 4001(a) and 9014.

2. The Creditor holds a mortgage lien on the property commonly referred to as 177 Rochester Place, Mobile, AL, and more fully described in the mortgage and note.

3. The Debtor(s) is/are in pre-petition and post-petition default.

4. The Creditor requests relief from the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1) with respect to the property on the grounds that the Debtor(s) has/have failed to perform his/her/their statutory duties in accordance with 11 U.S.C. § 521(2)(A) or (B).

5. The Creditor is not adequately protected.

6. The Creditor desires to protect its interests and proceed with taking possession of the property and to liquidate its collateral in accordance and under the state law rights and remedies.

### WAIVER OF FED. R. BANKR. P. 4001(a)(3)

7. This is a Chapter 7 bankruptcy case. Therefore, the Creditor requests this court waive the fourteen day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

WHEREFORE, ABOVE PREMISES CONSIDERED, the Creditor herein prays that this Honorable Court will lift the automatic stay now in force and effect in order that the Creditor may obtain possession of its collateral and may foreclose or liquidate its collateral under state law, and grant said Creditor reasonable attorneys fees and costs associated with the filing of this Motion, or seek to negotiate a loss mitigation forbearance or other agreement with the debtor in an attempt to avoid foreclosure or other action.

Respectfully submitted,

/s/ Susannah R. Walker
Susannah R. Walker (WAL-158)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
251-279-8909/ fax 205-930-5101
swalker@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Motion for Relief from the Automatic Stay was mailed, first class postage prepaid or served via electronic case management to:

| | | |
|---|---|---|
| Robert M. Galloway | William P. Costarides | Denise I Littleton |
| P. O. Box 16629 | 177 Rochester Place | 4321 Midmost Drive |
| Mobile, AL 36616-0629 | Mobile, AL 36608 | Mobile, AL 36609 |

On this the 20th day of October, 2010.

/s/ Susannah R. Walker
OF COUNSEL

STATE OF Texas )
COUNTY OF Dallas )

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared James D. Paola, who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer BAC Home Loans Servicing, L.P. mortgage loans in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. Based on my review of said records, I have personal knowledge of this mortgage loan and hereby state the following:

| | | |
|---|---|---|
| 1. | Loan No: | xxxxx6004 |
| 2. | Debtor: | William P. Costarides |
| 3. | Bankruptcy Case No: | 10-03915-WSS |
| 4. | Property Description: | 177 Rochester Place, Mobile, AL |

Delinquent Status as of 10/18/2010

| | |
|---|---|
| 24 payments of 9,504.78 each for 05/08 through 04/10 | $228,114.72 |
| 6 payments of 9,416.47 each for 05/10 through 10/10 | 56,498.82 |
| Bankruptcy Attorney Fees/Costs for MFR | 700.00 |
| Estimated Pay-off Amount | 1,792.067.87 |
| Value of Collateral | 766,600.00 |
| Total | $285,313.54 |

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to and subscribed before me on this the 19 day of OCT, 2010.


Affiant

Sworn to and subscribed before me on this the 19 day of October, 2010.


Notary Public
My Commission Expires: 03/08/14

MARIELA PANTALEO
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-08-14