IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| COSTARIDES, WILLIAM P | * | CASE NO. 10-03915 |
| | * | |
| Debtors. | * | CHAPTER 7 |

ORDER

This matter is before the Court on the objection filed by DENISE LITTLETON, Trustee to Debtor's claim of exemptions. Notice of said objection was given and no response filed thereto, it is hereby

ORDERED, ADJUDGED AND DECREED that the Trustee's objection to Debtor's claim of exemptions is SUSTAINED and that it is Ordered, that the Debtor's claim of exemptions is hereby limited to the amount allowable under Alabama law.

Dated: October 25, 2010

*William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE